**Order filed May 10, 2012.**



**In The**

# Fourteenth Court of Appeals

————————

**NO. 14-12-00392-CV**

————————

**HELEN MAYFIELD, Appellant**

**V.**

**JOHN CUOCO, STEVE FULLJART, KBTX NEWS, A CORPORATION AND GRAY COMMUNICATIONS, A CORPORATION, JOINTLY AND SEVERALLY, Appellees**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-26159**

---

## ORDER

On April 21, 2012, appellant filed a notice of appeal from the order sustaining the contest to her affidavit of indigence signed on or about April 16, 2012. Appellant previously filed a notice of appeal from the trial court's judgment signed December 28, 2011, and an appeal is pending under our case number 14-12-00037-CV. Appellant seeks to proceed without the advance payment of costs in her appeal. *See* Tex. R. App. P. 20.1.

An appellant is entitled to challenge the denial of indigent status for her appeal, and the court of appeals may order the record necessary for a review of the trial court's ruling without the advance payment of costs. *See In re Arroyo,* 988 S.W.2d 737, 738-39 (Tex. 1998). Accordingly, we issue the following order:

We order the Harris County District Clerk to file a partial clerk's record with the clerk of this court on or before **June 8, 2012.** *See* Tex. R. App. P. 34.5(c)(1). The partial clerk's record shall contain **(1)** the judgment being appealed; **(2)** any motion for new trial, other post-judgment motion, or request for findings of fact and conclusions of law; and **(3)** the notice of appeal; **(4)** appellant's affidavit of indigency; **(5)** the contest(s) to the affidavit of indigence, if any; **(6)** the trial court's order ruling on any contest; **(7)** any other documents pertaining to the claim of indigence and the contest(s) thereto.

We further order **Michelle Tucker,** the official court reporter for the 80th District Court to file a partial reporter's record from the hearing on the contest(s) to appellant's affidavit of indigence on or before **June 8, 2012.** *See* Tex. R. App. P. 34.6. If no record was reported, the court reporter shall advise this court within the time period for filing the partial record.

PER CURIAM